UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAISER GILL,

    Plaintiff,

v.                                            Case No. 19-10173

ODIN DEFENSE INDUSTRIES, INC., et al.,

    Defendants.
                                          /

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

On February 8, 2019, Plaintiff filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Dkt. #4). No opposing party has filed an answer or motion for summary judgment in this case. Accordingly,

IT IS ORDERED that the case is DISMISSED WITHOUT PREJUDICE.

                                          s/Robert H. Cleland
                                          ROBERT H. CLELAND
                                          UNITED STATES DISTRICT JUDGE

Dated: February 21, 2019

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 21, 2019, by electronic and/or ordinary mail.

                                          s/Lisa Wagner
                                          Case Manager and Deputy Clerk
                                          (810) 292-6522

S:\Cleland\Cleland\HEK\Civil\19-10173.GILL.dismissal.HEB.docx